IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ROBERTSON and CARRIE PFLEGER ROBERTSON,<br><br>Defendants. | No. CV 17-54-H-SEH<br><br>ORDER |

The Court's Order setting this matter for preliminary pretrial conference at 1:00 p.m. on October 31, 2017, was issued on September 11, 2017.[1]

The Order setting the preliminary pretrial conference required that each party's preliminary pretrial statement strictly comply with each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i) and (ii) and L.R. 16.2(b)(1).

On October 20, 2017, the parties timely filed their respective preliminary

---

[1] Doc. 14.

pretrial statements. Defendants' Preliminary Pretrial Statement[2] fails to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(1)(A)(ii) and L.R. 16.2(b)(1)(J).

ORDERED:

Defendants shall file an amended preliminary pretrial statement, addressing with strict compliance Fed. R. Civ. P. 26(a)(1)(A)(ii) and L.R. 16.2(b)(1)(J) on or before October 26, 2017. Failure to file an amended preliminary pretrial statement in full compliance with the terms of this Order could result, without motion, in the imposition of sanctions.

DATED this 23rd day of October, 2017.

SAM E. HADDON
United States District Judge

---

[2] Doc. 18.