IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED
APR 2 7 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ROBERTSON and CARRIE PFLEGER ROBERTSON,<br><br>Defendants. | CV 17-54-H-SEH<br><br>ORDER |

The United States' Unopposed Motion to Withdraw its Motion for Summary Judgment (Doc. 31) is GRANTED. The United States' Motion for Summary Judgment and documents in support of the motion (Docs. 22 through 28) are WITHDRAWN.

FURTHER ORDERED:

The parties shall file a stipulation for entry of consent judgment and

1

proposed consent judgment on or before May 7, 2018.

**DATED** this 27th day of April, 2018.

*[signature: Sam E. Haddon]*

SAM E. HADDON
United States District Judge