IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED

JUN 18 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOSEPH ROBERTSON and CARRIE PFLEGER ROBERTSON, Defendants. | No. CV 17-54-H-SEH ORDER |

The Court conducted a hearing on (1) Defendants' Third Un-opposed Motion to Extend the Time Period to Respond to the Plaintiff's Motion for Summary Judgment,[1] and (2) Defendants' Non-Stipulated Petition for Leave to Withdraw as Counsel[2] on June 18, 2018.

Defendants informed the Court at the hearing that they had spoken with an attorney, not admitted to practice before this Court, who has agreed to represent them, *pro hac vice,* in this action.

Upon the record made in open court,

---

[1] Doc. 44.

[2] Doc. 44-3.

ORDERED:

1. Defendants shall have to and including June 29, 2018, in which to file and serve a motion, appropriate in form and content under L.R. 83.1(d), for admission *pro hac vice* of the lawyer selected by Defendants to represent them in this action in replacement of Michael S. Kakuk, Esq. ("Kakuk").

2. As an alternative to selection of counsel to replace Kakuk, Defendants may choose to appear *pro se*, in compliance with L.R. 1.5. and L.R. 83.8, on or before June 29, 2018.

3. Upon approval of admission of *pro hac vice* counsel, or the appearance of Defendants *pro se*, as described above, the Court will take up and address the pending motion[3] of Kakuk to withdraw as counsel for Defendants.

DATED this 18th day of June, 2018.

SAM E. HADDON
United States District Judge

---

[3] Doc. 44-3.