# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH ROBERTSON and CARRIE PFLEGER ROBERTSON,<br><br>　　　　　　　　Defendants. | No. CV 17-54-H-SEH<br><br>**ORDER** |

The Court conducted a hearing on July 18, 2018, on issues raised by the Order of July 13, 2018.[1]

Upon the record made in open Court:

ORDERED:

Defendants shall have to and including August 3, 2018, at 4:45 p.m.:

1. For Defendants to file and serve an appearance by an attorney authorized to appear in this Court under L.R. 83.1, in replacement of Michael S. Kakuk ("Kakuk"); or

---

[1] Doc. 52.

2. For Defendants to file and serve an appearance *pro se*; or

3. For Defendants to file and serve notice of withdrawal of opposition to Kakuk's Non-Stipulated Petition for Leave to Withdraw as Counsel.[2]

FURTHER ORDERED:

Separate and apart from the matters set forth in paragraphs 1, 2, and 3 above, Defendants shall have to and including August 17, 2018, at 4:45 p.m., in which to file and serve a response brief to the United States' Renewed Motion for Summary Judgment,[3] in compliance with L.R. 7.1(d) and 56.1(b).

The renewed motion shall be set for hearing on the merits after the response is filed.

DATED this 18th day of July, 2018.

SAM E. HADDON
United States District Judge

---

[2] Doc. 44-3.

[3] Doc. 33.