Alexander L. Roots
PLANALP, REIDA, ROOTS
 & RILEY, P.C.
27 N. Tracy Avenue
P.O. Box 1
Bozeman, MT 59771-0001
Telephone: (406) 586-4351
alex@planalplaw.com

*Attorneys for Joseph Robertson and Carrie Pfleger Robertson*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH ROBERTSON AND CARRIE ) <br> PFLEGER ROBERTSON, ) <br> ) <br> Defendants. ) <br> _____ ) | Cause No. CV-17-54-H-SEH <br><br><br> **NOTICE OF APPEARANCE** |

COMES NOW Alexander L. Roots, and hereby enters his appearance on behalf of Defendants Joseph Robertson and Carrie Pfleger Robertson.  Mr. Roots is a member of the State Bar of Montana, and is admitted to practice in the U.S. District Court for the District of Montana.  His contact information is as follows:

Alexander L. Roots
PLANALP, REIDA, ROOTS & RILEY, P.C.
27 N. Tracy Avenue
P.O. Box 1
Bozeman, MT 59771-0001
Telephone: (406) 586-4351
Facsimile: (406) 586-7877
alex@planalplaw.com

Mr. Roots is appearing in this matter to serve as local counsel for the admission *pro hac vice* of New York attorney Lawrence A. Kogan, and will discharge the duties of local counsel stated at Local Rule 83.1(d)(6).  A motion for Mr. Kogan's admission is submitted concurrently.

DATED this 3rd day of August, 2018.

                                      PLANALP, REIDA, ROOTS
                                       & RILEY, P.C.

                                       /s/ Alexander L. Roots
                                      Alexander L. Roots
                                      27 N. Tracy Avenue
                                      P.O. Box 1
                                      Bozeman, MT 59771-0001
                                      alex@planalplaw.com

## **CERTIFICATE OF SERVICE**

  This is to certify, under penalty of perjury, that on the 3rd day of August, 2018, the foregoing was duly served upon those indicated below by the following means:

|  |  |
|---|---|
| __1,2,3__ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |

1.  Clerk, U.S. District Court

2.  MEGAN L. DISHONG
  Assistant U.S. Attorney
  U.S. Attorney's Office
  P.O. Box 8329
  Missoula, MT 59807
  105 E. Pine, 2nd Floor
  Missoula, MT 59802
  megan.dishong@usdoj.gov

3.  MICHAEL S. KAKUK
  Kakuk Law Offices, P.C.
  1717 Harrison Ave.
  Helena, MT 59601
  info@kakuk.com

           /s/ Alexander L. Roots
           Alexander L. Roots
           27 N. Tracy Avenue
           P.O. Box 1
           Bozeman, MT 59771-0001
           alex@planalplaw.com