# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

FILED
AUG 0 6 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CV 17-54-H-SEH |
| vs. | **ORDER** |
| JOSEPH ROBERTSON and CARRIE PFLEGER ROBERTSON, | |
| Defendants. | |

Defendants have moved for admission of Lawrence A. Kogan, Esq. ("Kogan"), to appear *pro hac vice* in this case with Alexander L. Roots, Esq., of Planalp, Reida, Roots & Riley, P.C., Bozeman, Montana, to act as local counsel.[1] Kogan's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Defendants' motion to allow Kogan to appear on their behalf[2] is GRANTED on the following conditions:

---

[1] Doc. 56.

[2] Doc. 56.

1. Local counsel will be designated as lead counsel or as co-lead counsel with Kogan.

2. Kogan must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court.

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Kogan; it is not an admission of The Kogan Law Group P.C.

FURTHER ORDERED:

This Order will be withdrawn unless Kogan, within fifteen (15) days from the date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 6th day of August, 2018.

SAM E. HADDON
United States District Judge