**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**HELENA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOSEPH ROBERTSON and CARRIE PFLEGER ROBERTSON,<br><br>               Defendants. | No. CV 17-54-H-SEH<br><br>**ORDER** |

On August 3, 2018, Alexander L. Roots, Esq., appeared as counsel for Defendants,[1] and, on August 6, 2018, Logan A. Kogan, Esq., was conditionally admitted as *pro hac vice* counsel for Defendants.[2]

Defendants are reminded that they "have to and including August 17, 2018, at 4:45 p.m., in which to file a serve a response brief to the United States'

---

[1] Doc. 55.

[2] Doc. 58.

Renewed Motion for Summary Judgment."[3]

DATED this 6th day of August, 2018.

Sam E. Haddon

SAM E. HADDON
United States District Court

---

[3] Doc. 54.