# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CV 17-54-H-SEH |
| vs. | **ORDER** |
| JOSEPH ROBERTSON and CARRIE PFLEGER ROBERTSON, | |
| Defendants. | |

Pending before the Court is Defendants' Motion for Extension to File Response to Plaintiff's Motion for Summary Judgment.[1] The motion recites, *inter alia*, "[c]ounsel for the United States has been contacted regarding this motion, and the United States takes no position on the motion."[2]

Plaintiff's "no position" statement is unacceptable as a response to the L.R. 7.1(c)(1) inquiry.

---

[1] Doc. 61.

[2] Doc. 61 at 2.

ORDERED:

Plaintiff shall file a definite declaration on or before 4:45 p.m. on August 10, 2018, as to whether they do or do not oppose the motion.

DATED this 9th day of August, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge