IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CV 17-54-H-SEH |
| vs. | ORDER |
| JOSEPH ROBERTSON and CARRIE PFLEGER ROBERTSON, | |
| Defendants. | |

On August 6, 2018, the Court granted the application of Lawrence A. Kogan, Esq. to appear *pro hac vice* in this case with Alexander L. Roots, Esq., of Planalp, Reida, Roots & Riley, P.C., Bozeman, Montana, designated as local counsel.[1]

The last paragraph of page 2 of the Court's Order of August 6, 2018, required Mr. Kogan "within fifteen (15) days from the date of [the] Order, to file an acknowledgment and acceptance of his admission under the terms set forth" in

---

[1] Doc. 58.

the Order.

As of the date of this Order, no such acknowledgment or acceptance have been filed by Mr. Kogan.

ORDERED:

The Order of August 6, 2018, granting the *pro hac vice* admission of Lawrence A. Kogan, Esq., is WITHDRAWN.

DATED this 28th day of August, 2018.

SAM E. HADDON
United States District Court