IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CV 17-54-H-SEH |
| vs. | **ORDER** |
| JOSEPH ROBERTSON and CARRIE PFLEGER ROBERTSON, | |
| Defendants. | |

FILED
AUG 30 2018
Clerk, U.S. District Court
District Of Montana
Helena

Defendant's Motion to Reconsider Withdrawal of Order Admitting Lawrence A. Kogan *Pro Hac Vice*, or, Alternatively, for His Re-Admission *Pro Hac Vice,* is DENIED for failure to comply with L.R. 7.3.

DATED this 30th day of August, 2018.

SAM E. HADDON
United States District Court