IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED
SEP 24 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ROBERTSON and CARRIE PFLEGER ROBERTSON,<br><br>Defendants. | No. CV 17-54-H-SEH<br><br>ORDER |

On September 24, 2018, the Court held a hearing on Plaintiff's Motion for Summary Judgment[1] and Defendant's Motion to Reopen Discovery.[2] Upon the record made in open court,

ORDERED:

1. Defendant's opposed Motion to Reopen Discovery is DENIED;

2. The parties shall compile and submit to the Court for *in camera*

---

[1] Doc. 33.

[2] Doc. 65.

-1-

review all discovery served, answered or provided as required by Federal Rule of Civil Procedure 26, on or before October 5, 2018;

3. The parties shall submit proposed findings of fact and conclusions of law and proposed form of judgment or order on or before October 5, 2018;

4. On or before October 12, 2018, each party shall have the option to submit a supplemental brief directed to Plaintiff's Motion for Summary Judgment issues.

DATED this 27th day of September, 2018.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge