IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED

SEP 2 4 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ROBERTSON and CARRIE PFLEGER ROBERTSON,<br><br>Defendants. | No. CV 17-54-H-SEH<br><br>ORDER |

The Court having ordered: (1) denial of Defendant's Motion to Reopen Discovery; and (2) submission to the Court for merit evaluation of Plaintiff's Motion for Summary Judgment,[1]

ORDERED:

1. Defendant's Motion for Leave to File Motion for Reconsideration is DENIED as moot;

2. Plaintiff's Motion for Summary Judgment shall be deemed submitted

---

[1] Doc. 82.

-1-

for decision upon the filing of optional supplemental briefs on October 12, 2018.

DATED this 27th day of September, 2018.

*Sam E. Haddon*

SAM E. HADDON
United States District Judge