IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH ROBERTSON and CARRIE PFLEGER ROBERTSON,<br><br>　　　　　　　　　Defendants. | No. CV 17-54-H-SEH<br><br>ORDER |

On October 24, 2018, the Court held a hearing on United States' Motion to Strike Defendants' Expert Report and Opinions.[1]

Upon the record made in open court,

ORDERED:

1. Document Numbers 90-1, 90-2, 90-3, and 90-4 filed on October 12, 2018, were: (1) untimely; (2) not submitted or filed in compliance with prior orders of this Court; (3) not submitted on motion or with approval of the Court as

---

[1] Doc. 91.

-1-

required by Fed. R. Civ. P. 6(b); (4) submitted without good cause or excusable neglect being demonstrated; and (5) submitted without other valid explanation or excuse being shown. All are stricken from the record and will be accorded no weight as evidence or in support of arguments relevant to any issue before the Court.

2. Defendants' counsel of record shall file, on or before close of business on October 26, 2018, a written explanation executed by the Defendants acknowledging that present counsel of record is fully authorized to continue representation of Defendants in this case.

3. The United States' Unopposed Motion to Vacate the Deadline for Filing the Final Pretrial Order[2] is GRANTED in part. The final pretrial order filing deadline is suspended, and is reset for the first Friday following the Court's ruling on Plaintiff's pending Renewed Motion for Summary Judgment.[3]

DATED this 24th day of October, 2018.

SAM E. HADDON
United States District Judge

---

[2] Doc. 94.

[3] Doc. 33.