# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CARRIE PFLEGER ROBERTSON, INDIVIDUALLY and as PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH ROBERTSON, Defendants. | No. CV 17-54-H-SEH <br><br> **ORDER** |

On January 24, 2020, Plaintiff filed an Unopposed Motion to Substitute Carrie Robertson.[1]

ORDERED:

1. The Unopposed Motion to Substitute Carrie Robertson[2] is GRANTED.

---

[1] Doc. 109.

[2] Doc. 109.

2. Carrie Robertson, as the Personal Representative of the Estate of Joseph Robertson, deceased, is substituted as a defendant in replacement of Joseph Robertson.

3. The caption of the case is amended to reflect the substitution.

DATED this 31st day of January, 2020.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge