# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CARRIE PFLEGER ROBERTSON,<br>INDIVIDUALLY and as PERSONAL<br>REPRESENTATIVE OF THE<br>ESTATE OF JOSEPH ROBERTSON,<br><br>　　　　　　　　Defendants. | No. CV 17-54-H-SEH<br><br>**ORDER** |

Pending before the Court is the United States' Motion for Award of Costs.[1] A trial to address all remaining unresolved issues is set to commence at 9:00 a.m. on July 8, 2020, at the Paul G. Hatfield Courthouse, Courtroom I, Helena, Montana. On May 21, 2020, Plaintiff filed its Objections to Defendant's Exhibits.[2] On May 22, 2020, Defendant filed her List of Opposing Party's Exhibits to be Offered at Trial.[3]

---

[1] Doc. 102.

[2] Doc. 132.

[3] Doc. 133.

ORDERED:

1. Admission at trial of the following exhibits, designated as "Will Offer" by Plaintiff: 1, 2, 3, 4, 5, 6, 7, 8, and 9 is GRANTED.

2. Admission at trial of the following exhibits, designated as "Will Offer" by Defendant: 501, 502, and 503 is GRANTED.

3. Admission at trial of the following exhibits, designated as "Will Offer" by Defendant: 504, 505, and 506 is DENIED for one or more of the reasons stated as objections to the particular exhibits.[4]

DATED this 6th day of July, 2020.

*signature*

SAM E. HADDON
United States District Judge

---

[4] *See* Doc. 132 at 2.