UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARRIE PFLEGER ROBERTSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSEPH ROBERTSON,<br><br>Defendants. | Case No. CV-17-054-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED Pursuant to the Findings of Fact, Conclusions of Law, and Order (Doc. 150), Defendant Carrie Pfleger Robertson and the Estate of Joseph Robertson are jointly and severally liable to the United States for removal of trespass material and property restoration in the amount of $48,532.44.

  Dated this 7th day of August 2020.

              TYLER P. GILMAN, CLERK

              By: /s/ Heidi Gauthier

Heidi Gauthier, Deputy Clerk